```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 12399
   VALERIE JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8662


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/15/2008 and was not confirmed.

     The case was dismissed without confirmation 09/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
GMAC MORTGAGE             CURRENT MORTG         .00          .00           .00
GMAC MORTGAGE             MORTGAGE ARRE      982.13          .00           .00
GMAC MORTGAGE             UNSECURED       NOT FILED          .00           .00
AMERICAN EAGLE BANK       SECURED VEHIC   10987.00          .00         350.00
AMERICAN EAGLE BANK       UNSECURED            .15          .00            .00
CITIFINANCIAL MTG         SECURED NOT I   NOT FILED          .00           .00
CITIFINANCIAL MTG         UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO WATER DE  SECURED           606.00          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          602.50          .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED          620.00          .00           .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED          .00           .00
DIVERSIFIED ADJUSTMENT S  UNSECURED       NOT FILED          .00           .00
PREMIER BANKCARD          UNSECURED          435.46          .00           .00
FIRST REVENUE ASSURANCE   UNSECURED       NOT FILED          .00           .00
GC SERVICES               UNSECURED       NOT FILED          .00           .00
H&F LAW                   UNSECURED       NOT FILED          .00           .00
HARVARD COLLECTION        UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED        48479.54          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
ISAC                      UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED          .00           .00
NCO FINANCIAL SYSTEM      UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1038.49          .00           .00
SOUTHWEST CREDIT          UNSECURED       NOT FILED          .00           .00
GMAC MORTGAGE CORP        NOTICE ONLY     NOT FILED          .00           .00
SPRINT-NEXTEL CORP        UNSECURED          584.37          .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED          179.36          .00           .00
ROUNDUP FUNDING LLC       UNSECURED          398.28          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,491.50                     574.96

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12399 VALERIE JOHNSON
```

```
TOM VAUGHN                    TRUSTEE                                 75.04
DEBTOR REFUND                 REFUND                                    .00

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                              RECEIPTS        DISBURSEMENTS
    ------------------------------------------------------------------------
TRUSTEE                       1,000.00

PRIORITY                                               .00
SECURED                                             350.00
UNSECURED                                              .00
ADMINISTRATIVE                                      574.96
TRUSTEE COMPENSATION                                 75.04
DEBTOR REFUND                                          .00
                              ---------------    ---------------
TOTALS                        1,000.00           1,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 12/22/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE